UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
NOELLE CROOKS,

          Plaintiff,

      -against-

MAXWELL SOCIAL CLUB TRIBECCA INC., et al

          Defendants.
------------------------------------------------------------x

25-CV-5899 (ALC) (OTW)

**ORDER**

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 14 – 17. The parties are directed to schedule a mediation session and to participate in good faith as directed by Judge Carter's prior Order (ECF 13). The parties are directed to submit a joint letter by November 28 detailing what steps they have taken to arrange for mediation.

The Clerk of Court is respectfully directed to close ECF 14.

**SO ORDERED.**

Dated: October 30, 2025
       New York, New York

*/s/ Ona T. Wang*
**Ona T. Wang**
United States Magistrate Judge