**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------x

NOELLE CROOKS,                                          :
                                                       :
                    Plaintiff,                         :                    25-CV-5899 (ALC) (OTW)
                                                       :
              -against-                                :
                                                       :                         **ORDER**
MAXWELL SOCIAL CLUB TRIBECA INC. et al.,               :
                                                       :
                    Defendants.                        :
                                                       :

-------------------------------------------------------------x

**ONA T. WANG, United States Magistrate Judge:**

The Court has reviewed ECF Nos. 26 and 27, Plaintiff's request for a discovery

conference related to ESI collection, and Defendants' opposition.

The parties are scheduled for mediation in January. Accordingly, the application is

**DENIED AS MOOT** without prejudice to renew should mediation prove unsuccessful.

If any discovery is required for mediation, the parties are directed to bring that issue to

the attention of the mediator forthwith.

The parties are directed to file a joint status letter within one week of the conclusion of

mediation.

The Clerk of Court is respectfully directed to close ECF 26.

**SO ORDERED.**

                                                         _/s/  Ona T. Wang_____
Dated: December 19, 2025                                 **Ona T. Wang**
       New York, New York                                United States Magistrate Judge