**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **NOELLE CROOKS,**<br><br>**Plaintiff,**<br><br>**-against-**<br><br>**MAXWELL SOCIAL CLUB TRIBECA INC., d/b/a MAXWELL SOCIAL, DAVID LITWAK, and KYLE CHANING-PEARCE, in their individual and professional capacities,**<br><br>**Defendants.** | **1:25-cv-05899 (ALC)**<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

The Court is in receipt of Parties' Stipulation of Discontinuance with Prejudice dated October 21, 2026, advising the Court that the Parties have reached a settlement in this matter. ECF No. 48. The parties are directed to file the proposed settlement and a joint memorandum of law, not to exceed 10 pages, explaining why the proposed settlement is fair and reasonable and otherwise does not raise any of the concerns cited by the Second Circuit in its decision in *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The proposed settlement and accompanying memorandum shall be filed no later than **December 1, 2026**. The parties should also indicate whether they consent to having a United States magistrate judge conduct all proceedings in this case relating to settlement.

**SO ORDERED.**

**Dated: October 28, 2026**
**New York, New York**

[signature]

**ANDREW L. CARTER, JR.**
**United States District Judge**